THOMAS O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
LISABETH SHINER
California Bar No. 151792
Special Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6528
    Facsimile:  (213) 894-7177
    E-mail: Lisabeth.Shiner@usdoj.gov

Attorneys for Plaintiff
United States of America


UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>$15,310.00 IN U.S. CURRENCY,<br>                    Defendant.<br><br>_____<br><br>LATHADIUS ROBINSON,<br><br>                    Claimant.<br>_____ | NO.   CV 07-4224 AHM (CTx)<br><br>**CONSENT JUDGMENT OF<br>FORFEITURE** |

     This action was filed on June 27, 2007.  Notice was given and

published in accordance with law.  On August 9, 2007, claimant

Lathadius Robinson ("Robinson") filed a statement of interest in

this action, and on August 31, 2007 claimant filed an answer.  No

other parties have appeared in this action, and the time for filing

claims and answers has expired.  Plaintiff and claimant, from whom the $15,310.00 in U.S. currency ("defendant currency") was seized, have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  No appearances have been made in the litigation by any person other than claimant Lathadius Robinson.  The Court deems that all other potential claimants to the defendant currency admit the allegations of the Complaint to be true.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $5,310.00 of the defendant currency, plus all interest earned by the government on said assets, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $10,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimant.

5. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of

1    or related to this action, including, without limitation,

2    any claim for attorney's fees, costs or interest which

3    may be asserted on behalf of claimant, whether pursuant

4    to 28 U.S.C. § 2465 or otherwise.

5    6.   The Court finds that there was reasonable cause for the

6    seizure of the defendant currency and institution of

7    these proceedings.  This judgment shall be construed as

8    a certificate of reasonable cause pursuant to 28 U.S.C.

9    § 2465.

10   Dated:  March 13, 2008

11

12

13   **Make JS-6**              THE HONORABLE A. HOWARD MATZ
                                 UNITED STATES DISTRICT JUDGE

14

15   [Signatures of government counsel and claimant appear on the
     next page.]

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Approved as to form and content:

2  Dated: March 12, 2008                THOMAS P. O'BRIEN
                                        United States Attorney
3                                       CHRISTINE C. EWELL
                                        Assistant United States Attorney
4                                       Chief, Criminal Division
                                        STEVEN R. WELK
5                                       Assistant United States Attorney
                                        Chief, Asset Forfeiture Section
6
7                                       LISABETH SHINER
                                        Special Assistant United States Attorney
8                                       Asset Forfeiture Section

9                                       Attorneys for Plaintiff
                                        United States of America
10

11  Dated: March 11, 2008

12
                                        LATHADIUS ROBINSON
13                                      Pro Se

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4